**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

Courtroom Deputy: LaDonne Bush          Date: July 18, 2006
Court Reporter:   Janet Coppock          Time: 00:15
Probation Officer: Anthony Merlo

---

Criminal Action No. 04-CR-00465-WDM

<u>Parties</u>                                    <u>Counsel</u>

UNITED STATES OF AMERICA,                   Jaime Pena
                                            Gregory Rhodes
         Plaintiff,

vs.

3. JARE BRYANT,                             John Sullivan

         Defendant.

---

**SENTENCING**

---

**8:32 a.m.     Court in session**.

Appearances of counsel.

Defendant is present and on bond.

**Defendant plead guilty on April 3, 2006, to Count Ten of the Indictment.**

**ORDERED:**  The Presentence Investigation Report is incorporated by reference.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 2 to 8 months | Not recommended |
| **Supervised Release** | 2 to 3 years | None |
| **Probation** | ot more than 3 years | 1 year |
| **Fine** | $250 to $5,000 | Not recommended |
| **Special Assessment** | $100 | $100 |
| **Restitution** | not an issue | |

Statements by counsel and defendant.

**ORDERED:** Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc. 225) is granted.

**ORDERED:** Defendant is placed on **probation** for a term of three years.

**ORDERED: Conditions** of probation that:

- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm.
- (X) Defendant shall comply with standard conditions adopted by this court.
- (X) Defendant shall cooperate in the collection of a DNA sample.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

**ORDERED: Special Conditions** of probation that:

- (X) Defendant shall be placed on home detention for a period of three months, to commence within 21 days of sentencing. Defendant shall remain at his place of residence at all times other than time spent at work or for other activities approved in advance by the probation officer. Home detention shall be enforced by electronic monitoring. Defendant shall maintain a telephone

        at his residence without special services.  Defendant shall wear a monitoring device and follow all the procedures specified by the probation officer. Defendant may be required to pay the cost of electronic monitoring.

    (X)    Defendant shall perform 100 hours of community service as directed by the probation officer.

**ORDERED:**  Defendant shall pay $100 Special Assessment, to be paid immediately.

**ORDERED:**  No fine is imposed because defendant has no ability to pay a fine.

Defendant advised of his right to appeal.  Any notice of appeal must be filed within 10 days.

Statement by defendant's mother.

**8:47 a.m.**    **Court in recess.**

Hearing concluded.
Time: 00:15