IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00465-WDM-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JARE BRYANT,

        Defendant.

---

## ORDER DISMISSING PROBATION VIOLATION PETITION, VACATING FEBRUARY 4, 2010 PROBATION REVOCATION HEARING, AND UNSUCCESSFULLY TERMINATING PROBATION SUPERVISION

---

THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss probation violation proceedings in this case. The Court, having been advised of the facts and premises of the above case, hereby

ORDERS that the petition for violation of probation, dated the 13th day of July, 2009, is hereby dismissed. The Court

FURTHER ORDERS the probation revocation hearing scheduled for Thursday, February 4, 2010, at 9:00 a.m., be vacated. The Court

FURTHER ORDERS that the defendant's probation supervision be unsuccessfully terminated.

DATED at Denver, Colorado, this 28th day of January, 2010.

BY THE COURT:

_____
WALKER D. MILLER, Senior Judge
United States District Court